UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | EDCV 24-00615 MCS (RAO) | Date: | November 15, 2024 |
| Title: | David Everett Leibowitz v. Riverside County et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

Plaintiff initiated this action on March 18, 2024. Dkt. No. 1. On September 3, 2024, the Complaint was dismissed with leave to amend. Dkt. No. 10. The September 3 order set a deadline of October 1, 2024 for filing a First Amended Complaint. *Id.* To date, Plaintiff has not filed an amended complaint.

**Plaintiff is ordered to show cause, in writing, no later than December 16, 2024,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may discharge this Order by filing a First Amended Complaint correcting the deficiencies identified in the September 3, 2024 order. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

Based on a search of the Riverside County Inmate Locator, Plaintiff is currently housed at Southwest Detention Center. However, Plaintiff's address of record appears to be for the Indio Jail or John J. Benoit Detention Center. *Pro se* plaintiffs must keep the Court apprised of their current address. *See* Notice of Assignment, Dkt. No. 4 ("Local Rule 83-2.4 requires that the Court must be notified within five (5) days of any address change."); L.R. 41-6 ("A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address . . . ."). If Plaintiff no longer is housed at the Indio Jail, Plaintiff is ordered to promptly file a notice of change of address with his current address of record.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   EDCV 24-00615 MCS (RAO)　　　　　　　　　　Date:   November 15, 2024
Title:   David Everett Leibowitz v. Riverside County et al.

**The Court directs the Clerk to send this order to Plaintiff's address of record and to Southwest Detention Center**:

David Everett Leibowitz
No. 201831629
PO Box 1748
Indio, CA 92201

David Everett Leibowitz
No. 201831629
Cois M. Byrd Detention Center
30755-B Auld Road
Murrieta, CA 92563

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　er