**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVERETT LEIBOWITZ, | Case No. CV 5:24-0615 MCS (RAO) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RIVERSIDE COUNTY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Complaint,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: January 28, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE